Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Division

**20-03107**
**SECT.EMAG.2**

Case No. _____

*(to be filled in by the Clerk's Office)*

)
)
)
)
)

Dena S. Peters

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

)
)

Jury Trial: *(check one)*  ☐ Yes  ☐ No

)
)
)
)
)
)

Chenmed Senior Medical Center

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Dena S. Peters |
| Street Address | 4244 Colorado Avenue |
| City and County | Kenner |
| State and Zip Code | Louisiana |
| Telephone Number | 504-461-3748 |
| E-mail Address | dpeters@tulane.edu |

**TENDERED FOR FILING**

**NOV 1 3 2020**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

X Fee $400.00 paid Receipt# LAE064714
____ Process_____
____ Dktd_____
____ CtRmDep_____
____ Doc. No._____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Richard Larkin |
| Job or Title *(if known)* | sales director |
| Street Address | 1395 NW 167th St. Suite 122 |
| City and County | Miami |
| State and Zip Code | Florida, 33169 |
| Telephone Number | 305628-6117 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Telephone Number

E-mail Address *(if known)*

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Jencare Senior Medical Center |
| Street Address | 3530 Houma Blvd. |
| City and County | Metairie |
| State and Zip Code | Louisiana |
| Telephone Number | 504-264-5142 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

> *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

> *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

> *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

Retaliation, and wrongful termination

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐  Failure to hire me.
- ☒  Termination of my employment.
- ☒  Failure to promote me.
- ☒  Failure to accommodate my disability.
- ☒  Unequal terms and conditions of my employment.
- ☒  Retaliation.
- ☐  Other acts *(specify)*:    I was fired while out on medical leave.  I was falsely accused of tampering with company records.

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
08/20/2019

C.    I believe that defendant(s) *(check one)*:
- ☐  is/are still committing these acts against me.
- ☒  is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒  race            african american
- ☒  color           dark brown
- ☐  gender/sex
- ☐  religion
- ☐  national origin
- ☒  age *(year of birth)*    1968    *(only when asserting a claim of age discrimination.)*
- ☒  disability or perceived disability *(specify disability)*

my husband's cancer, my multiple sclerosis diagnosis, and hyperparathyroidism disease.

E.      The facts of my case are as follows.  Attach additional pages if needed.

I was fired by my white district manager while on Medical leave on 08/20/2019.  I placed my medical leave with my company on Friday August 16, 2019.  Prior to being fired, I was continually harrased and retaliated against on 4 different occassions in less than 30 days prior to termination.  I was falsely accused of tampering with company records while other reps who were white, and also the entire sales team including myself was instructed by our assistant sales manager (which she said was approved by top management), to use those records in the computer that we could not obtain as patients on an earlier date.  We all obliged her, but I was the only one to get fired

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

...August 26,2019

B.      The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☒       issued a Notice of Right to Sue letter, which I received on *(date)*     8/28/2020                 .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒       60 days or more have elapsed.

☐       less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/9/2020

| | |
|---|---|
| Signature of Plaintiff | Dena Peters |
| Printed Name of Plaintiff | Dena Peters |

### B.   For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

National Origin:  American(U.S.)

### Adverse Action(s)

I was fired by my white District manager while on Medical leave- 8/20/2019. I was continually harassed and retaliated against on 4 different occasions in less than 30 days. I was falsely accused of tampering with company records after other reps who were white did the same thing after we were all told to do so by my immediate supervisor. I was a witness to another EEOC complaint. I was denied a promotion 3 times. A white employee made 2 complaints on me. I was called into the office to get badgered. I was called names and was told that I could not keep up with the younger employees and that something was fundamentally wrong with me. He also said that he was chewed out for our actions and that he would write me up on Friday. Well that write up turned into a termination when I called on Monday morning to inform my company that I was out on medical leave.

## Supplemental Information

### What Reason(s) were you given for the action taken against you?

Something must be fundamentally wrong with me. You can&apos;t keep up with the others. You must be mentally unstable. You have been here the longest and should know better. Also that he is pissed because he was chewed out for reporting the wrong numbers due to my numbers falling off.

### Was anyone in a similar situation treated the same, better, or worse than you?

Deniz Celestain, and Becky Celestain, and  Sarah white employees were also told to sign a warning along with myself  but they were not terminated I was. They are still gainfully employed there.

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

Janell Solieu- 504-858-3684, Tammy Smythe- 504-559-6022, Chad Lewis- 504-202-1310, Marie Patron- 504-264-5142. Also Cassandra Hodges- 225-326-0043, Vernetta Martin- 504-256-3933, Deborah Marquet- 504-343-1525,

Brian Doll- 501-733-7303, Terrie Early- 504-234-3131, Ashley Nutter- 504-610-2461.

All of these witnesses will provide my unjust treatment from my immediate supervisors Richard Larkin and Lisa Ellis for retaliation and bullying, as well as me being fired unjustly by my white sales director ( Richard Larkin) without a warning and while I was on medical leave; also after Deniz( white employee) filed an internal complaint on me. I was fired because I refused to work overtime due to my sick husband having cancer. He need me to be his caregiver on the weekends. I also got sick myself and took medical leave due to a multiple sclerosis diagnosis, thyroid issue, and menopause.  I was denied a promotion 3 times and was being managed by someone with only a high school education, but was told that I was not ready to be the manager by Richard Larkin. I am a Tulane University graduate who graduated with honors.

### Please tell us any other information about your experience?

After trying to resolve bullying and harassment in the past internally with my employer, they have blackballed me, discriminated against me racially, age, gender, labeled me a trouble maker, alienated me from the sales team, and treated me less than a person. This has caused me anxiety, depression, and medical issues. Despite of everything, I still manged to exceed my expectations, as well as excel over all of my other co-workers. With that being said it caused a lot of jealousy,and envy. My managers influenced the team against me. Then they started to attack my character and falsely accuse me of doing things against company rules on the last 2 weeks of my employment. They also said they fired me because I admitted to tampering with company records which was&apos;nt the truth. I would have never have done anything like that. It would be even stupider to admit to doing such a criminal thing if I had. This is outrageous!! and I am beyond hurt behind all of this mistreatment. I gave this company 3 solid years out of my life. I was hired at the end Sept of 2016/ and started in the beginning of Oct.2016. I lossed my daughter on October 30, 2016. I cam back to work on Dec 1,2016 to keep myself busy. I worked tirelessly on many nights and I excelled and achieved my goals over everyone. We had 2 managers in two years. The assistant manager did not know what she was doing. She never managed anyone before, she never did outside sales, and she did&apos;nt go to college. I was basically managing the whole team but I never got promoted or paid for it. When my husband got sick, not to mention and when I got sick later, I was viewed as a liability. I lost my medical insurance, my vacation days, my leave, and my 401k. It was a BIG slap in my face. I made them so much money by enrolling new patients.

U.S. District Court
Eastern Division

OFFICIAL
Complaint for filing
Important: PLease: Postmark for
Today November 13, 2020