UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENA S. PETERS | CIVIL ACTION |
| VERSUS | NO. 20-3107 |
| CHENMED SENIOR MEDICAL CENTER | SECTION "E" (2) |

## ORDER

Having reviewed the complaint, the applicable law, and the Magistrate Judge's Findings and Recommendation, the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly;

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

**New Orleans, Louisiana, this 13th day of May, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**