UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENA S. PETERS | CIVIL ACTION |
| VERSUS | NO. 20-3107 |
| CHENMED SENIOR MEDICAL CENTER | SECTION "E" (2) |

## JUDGMENT

Considering the Court's Order adopting the Magistrate Judge's Findings and Recommendation,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant CHENMED SENIOR MEDICAL CENTER and against Plaintiff DENA S. PETERS, **DISMISSING WITHOUT PREJUDICE** Plaintiff's complaint.

New Orleans, Louisiana, this 13th day of May, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**